**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DISTRICT**

| | |
|---|---|
| **George W. Svoboda, an Individual,**<br><br>**Plaintiff,**<br>**v.**<br><br>**John Doe Corporation dba Executive Lending Unit,**<br><br>**Defendant.** | **Case No.: 1:26-cv-3559**<br><br>**Honorable Sara L. Ellis, presiding** |

**MOTION FOR EXPEDITED DISCOVERY TO IDENTIFY JOHN DOE PARTY**

Plaintiff, an attorney acting on his own behalf, hereby moves this Court to allow limited expedited discovery pursuant to Fed.R.Civ.P. 26(b)(1). In furtherance of the same, Plaintiff respectfully states as follows:

1. This action ("Action") arises out of Defendant's willful and knowing violation of the Telephone Consumer Protection Act (TCPA) 47 USCS § 227 and violation of the Illinois Automatic Telephone Dialers Act 815 ILCS 305/30 (the "Dialer Act") and the Illinois Telephone Solicitations Act 815 ILCS 413/25 (the "Solicitation Act"). Defendant violated the TCPA and the Dialer Act and the Solicitation Act beginning in January 2026, by using an automated dialer to call Plaintiff's cell phone multiple times per day to solicit a loan or to defraud Plaintiff through trick or deceit.

2. The Defendant's true identity is unknown to Plaintiff and has been concealed by Defendant.

3. Defendant John Doe Corporation dba Executive Lending Unit is an entity, which claims to have its principal place of business in Tampa, Florida.

4. No such business named Executive Lending Unit is registered to do business in Florida.

5. Defendant accepts phone calls at a phone number of (866) 398-3898.

6. The phone number of (866) 398-3898 is registered to Excel Telecommunications who on information and belief is a telecommunications company in the business of selling toll free phone numbers.

7. The phone number of (866) 398-3898 was recently activated on March 4, 2026.

8. On information and belief, Excel Telecommunications knows the name and address of the entity using the phone number of (866) 398-3898 as of March 4, 2026.

9. Defendant frequently called Plaintiff from numbers in with the 434 area code but also called from other numbers at other area codes.

10. Fed.R.Civ.P. 26(b)(1) provides: "For good cause, the court may order discovery of any matter relevant to the subject matter involved in the action."

11. Plaintiff seeks leave to subpoena Excel Telecommunications to determine the customer and customer address and responsible party for the phone number of (866) 398-3898 in order to determine the identity of Defendant.

12. Plaintiff seeks leave to subpoena Excel Telecommunications and any other responsible telephone company to determine the customer and customer address and responsible party for the phone numbers listed below in order to determine the identity of Defendant.

- (434) 563-0396
- (434) 542-0388
- (434) 253-2069
- (434) 253-2052
- (551) 278-2086
- (434) 252-1753
- (908) 269-2535
- (740) 436-7052
- (302) 497-1591
- (205) 537-7300

13. There is good cause to grant leave for limited discovery given the foregoing statements and the allegations in the Complaint.

14. Plaintiff has asked Defendant to reveal its identity and Defendant responded with an unregistered, fictitious name.

15. Plaintiff has researched the phone number that Defendant provided, and the phone number does not show as listed.

16. Plaintiff has discovered that the owner of the callback phone number for Defendant is Excel Telecommunications, which is located at 9330 LBJ Freeway, Dallas, TX 75243.

17. Plaintiff is informed that Excel Telecommunications is a phone service provider who leases phone numbers to customers.

18. Excel Telecommunications is very likely to know the identity of the Defendant.

19. Plaintiff is not able to learn more without discovery to reveal the true identity of the Defendant.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave for him to issue subpoenas to identify the Defendant and for such other legal or equitable relief as the Court deems just and proper.

Respectfully submitted,

By: /s/ George W. Svoboda
Plaintiff

George W. Svoboda
Atty #6220463
The Law Office of George W. Svoboda
P.O. Box 1299
McHenry, IL 60051
(224) 360-0696 – Phone
Email: george@georgesvobodalaw.com