**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DISTRICT**

| | |
|---|---|
| **George W. Svoboda, an Individual,**<br><br>**Plaintiff,**<br>**v.**<br><br>**John Doe Corporation dba Executive Lending Unit,**<br><br>**Defendant.** | **Case No.: 1:26-cv-3559**<br><br>**Honorable Sara L. Ellis, presiding** |

**MOTION FOR ADDITIONAL EXPEDITED DISCOVERY TO IDENTIFY JOHN DOE CORPORATION PARTY**

Plaintiff, an attorney acting on his own behalf, hereby moves this Court to allow limited expedited discovery pursuant to Fed.R.Civ.P. 26(b)(1). In furtherance of the same, Plaintiff respectfully states as follows:

1. This action ("Action") arises out of Defendant's willful and knowing violation of the Telephone Consumer Protection Act (TCPA) 47 USCS § 227 and violation of the Illinois Automatic Telephone Dialers Act 815 ILCS 305/30 (the "Dialer Act") and the Illinois Telephone Solicitations Act 815 ILCS 413/25 (the "Solicitation Act"). Defendant violated the TCPA and the Dialer Act and the Solicitation Act beginning in January 2026, by using an automated dialer to call Plaintiff's cell phone multiple times per day to solicit a loan or to defraud Plaintiff through trick or deceit.

2. The Defendant's true identity is unknown to Plaintiff and has been concealed by Defendant.

3. Defendant John Doe Corporation dba Executive Lending Unit is an entity, which claims to have its principal place of business in Tampa, Florida.

4. No such business named Executive Lending Unit is registered to do business in Florida.

5. Defendant accepts phone calls at a phone number of (866) 398-3898.

6. On April 14, 2026, this Court granted Plaintiff's motion to issue subpoenas to Excel Telecommunications.

7. Plaintiff issued a subpoena to Excel Telecommunications.

8. The successor corporation of Excel Telecommunications, Hypercube Telecom, LLC, responded to the subpoena.

9. Hypercube Telecom, LLC provided documentation showing that phone number of (866) 398-3898 was leased to Rural Telecom Experts Inc.

10. Hypercube Telecom, LLC also identified phone number (877) 578-3476, another phone number used by Defendant, was leased to Digital Solutions Inc.

11. On information and belief, Rural Telecom Experts Inc. and Digital Solutions Inc. operate phone systems for the Defendant, John Doe Corporation.

12. Therefore, Rural Telecom Experts Inc. and Digital Solutions Inc. knows the name and address of the Defendant, John Doe Corporation.

13. Fed.R.Civ.P. 26(b)(1) provides: "For good cause, the court may order discovery of any matter relevant to the subject matter involved in the action."

14. Plaintiff seeks leave to subpoena Rural Telecom Experts Inc. and Digital Solutions Inc. to identify the Defendant.

15. Plaintiff seeks leave to subpoena Rural Telecom Experts Inc. to determine the customer and customer address and responsible party for phone number (866) 398-3898 in order to determine the identity of Defendant.

16. Plaintiff also seeks leave to subpoena Digital Solutions Inc. to determine the customer and customer address and responsible party for phone number (877) 578-3476 in order to determine the identity of Defendant.

17. There is good cause to grant leave for limited discovery given the foregoing statements and the allegations in the Complaint.

18. Plaintiff has asked Defendant to reveal its identity and Defendant responded with an unregistered, fictitious name.

19. Rural Telecom Experts Inc. is located at 1329 N State St., Bellingham, WA 98225.

20. Digital Solutions Inc. is located at 1050 Curtis Street, Denver, CO 80202.

21. Rural Telecom Experts Inc. and Digital Solutions Inc. are very likely to know the identity of the Defendant.

22. Plaintiff is not able to learn more without discovery to reveal the true identity of the Defendant.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave for him to issue additional subpoenas to identify the Defendant and for such other legal or equitable relief as the Court deems just and proper.

Respectfully submitted,

By: /s/ George W. Svoboda
Plaintiff

George W. Svoboda
Atty #6220463
The Law Office of George W. Svoboda
P.O. Box 1299
McHenry, IL 60051
(224) 360-0696 – Phone
Email: george@georgesvobodalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2026, I electronically filed the foregoing MOTION FOR ADDITIONAL EXPEDITED DISCOVERY TO IDENTIFY JOHN DOE CORPORATION PARTY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record by operation of the Court's electronic filing system.

By: /s/ George W. Svoboda
Plaintiff